District Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN LOPEZ PARADA<br><br>Plaintiff,<br><br>v.<br><br>LAURA B. ZUCHOWSKI, *et al.*,<br><br>Defendants. | No. C21-01242-MJP<br><br>STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>October 26, 2021 |

Plaintiff brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, seeking judicial review of U.S. Citizenship and Immigration Services' ("USCIS") denial of Plaintiffs' I-360 petition. Dkt. No. 1.  To resolve this litigation, USCIS agrees to reopen Plaintiff's administrative appeal and remand his petition to the Vermont Service Center to issue a new decision.  USCIS will consider Plaintiff's I-360 petition filed as of February 7, 2018. Accordingly, all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal without prejudice, with each party to bear their own fees or costs.

//
//
//
//

STIPLUATED MOTION TO DISMISS   - 1
 (21-cv-01242 MJP)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | Dated: October 26, 2021 | Respectfully submitted, |
| 2 | | NICHOLAS W. BROWN |
| | | United States Attorney |
| 3 | | |
| 4 | | *s/Michelle R. Lambert* |
| | | MICHELLE R. LAMBERT, NYS #4666657 |
| 5 | | Assistant United States Attorney |
| | | United States Attorney's Office |
| 6 | | 1201 Pacific Avenue, Suite 700 |
| | | Tacoma, Washington 98402 |
| 7 | | Phone:  206-428-3824 |
| | | Email:  michelle.lambert@usdoj.gov |
| 8 | | *Attorneys for Defendants* |
| 9 | | |
| | | *s/Victoria Dobrin* |
| 10 | | VICTORIA DOBRIN WSBA #28554 |
| | | Dobrin & Han |
| 11 | | 705 Second Ave., Ste 905 |
| | | Seattle, WA 98104 |
| 12 | | Phone: (206) 448-3440 |
| | | Email: vicky@dobrin-han.com |
| 13 | | *Attorneys for Plaintiff* |

STIPLUATED MOTION TO DISMISS    - 2
 (21-cv-01242 MJP)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

It is so **ORDERED**. Defendants will reopen Plaintiff's administrative appeal and remand it for a new decision on the I-360 petition. USCIS will use February 7, 2018 as the filing date of the petition. The case is dismissed without prejudice.

DATED this 26th day of October, 2021.

MARSHA J. PECHMAN
United States Senior District Judge

STIPLUATED MOTION TO DISMISS  - 3
(21-cv-01242 MJP)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970